# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| JASTON ANTIONE OAKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:19-cv-00047 |
| | ) | |
| ANDY CATHEY, *et al.*, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 15), which was filed on October 23, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that this matter be dismissed without prejudice for failure to prosecute and to obey court orders. On October 4, 2019, the Magistrate Judge entered a show cause order for Plaintiff to appear for a case management conference on October 23, 2019. (Doc. No. 12). Plaintiff was also warned that he needed to keep the Clerk's Office informed of his current address. (*Id.*). Plaintiff did not respond to the show cause order, did not appear at the scheduled case management conference, and has not provided the Court with his current address.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 15 at 4). No objections were filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE